Case 4:24-cr-00224   Document 5   Filed on 04/30/24 in TXSD   Page 1 of 1

United States Courts
Southern District of Texas
**FILED**
*April 30, 2024*
Nathan Ochsner, Clerk of Court

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Criminal No. **4:24-cr-00224** |
| v. | UNDER SEAL |
| **ENRIQUE ROBERTO "HENRY" CUELLAR** | |
| And | |
| **IMELDA RIOS CUELLAR** | |

### NOTICE OF RELATED CASES

The United States of America hereby gives notice that related cases, *United States v. Rendon*, Case No. 4:24-cr-089, and *United States v. Strother*, Case No. 4:24-cr-113, are currently pending in the Southern District of Texas before the Honorable Lee H. Rosenthal. The cases are related in that this case arises from the same investigation that gave rise to the criminal charges in *United States v. Rendon* and *United States v. Strother*, and involves substantially the same facts and evidence. The United States, therefore, respectfully requests that this criminal action be assigned to the Honorable Lee H. Rosenthal for purposes of judicial economy.

Respectfully submitted,

| | |
|---|---|
| COREY R. AMUNDSON<br>Chief, Public Integrity Section<br>Criminal Division<br>U.S. Department of Justice | JENNIFER KENNEDY GELLIE<br>Executive Deputy Chief<br>performing the duties of Chief<br>Counterintelligence and Export Control Section<br>National Security Division<br>U.S. Department of Justice |
| By: _____<br>Marco A. Palmieri<br>Rosaleen O'Gara<br>Celia Choy<br>Attorneys for the United States | By: _____<br>Garrett Coyle<br>Attorney for the United States |