UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| VS. | § § § | CRIMINAL ACTION NO. 4:24-CR-00224 |
| ENRIQUE ROBERTO CUELLAR, *et al.*, | § § § | |
| Defendants. | § | |

## NOTICE OF TRANSFER

This case has been TRANSFERRED to the Honorable Lee H. Rosenthal for the following reason:

[ X ] Agreement between the judges.

[ ] Bankruptcy-related case reassigned to the judge with the lowest numbered case.

[ ] Recusal.

[ ] Transfer for revocation hearing with related case:

[ X ] Other: Related case 4:24-cr-00089, 4:24-cr-00113

Deadlines in existing scheduling orders remain in effect; however, all court settings are canceled.

Nathan O. Ochsner, Clerk of Court

By: Lisa Edwards, Case Manager to

The Honorable Judge Alfred H. Bennett

Date: May 1, 2024

1 / 1