# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

United States Courts
Southern District of Texas
F I L E D

MAY 03 2024

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Criminal No. 4:24-cr-224 |
| v. | : |
| | : |
| ENRIQUE ROBERTO "HENRY" CUELLAR, | : |
| | : |
| and | : |
| | : |
| IMELDA RIOS CUELLAR, | : |
| | : |
| Defendants. | : |

## MOTION TO UNSEAL

The United States of America respectfully moves to unseal the docket and all filings and transcripts of hearings in this case with one exception. The government requests that ECF No. 5 in this matter, which references other currently sealed matters, remains under seal. Except for ECF No. 5, the government submits that the justifications for sealing in the government's motion to seal (ECF No. 3) no longer apply.

The United States thus respectfully requests that the Court unseal the docket and all filings and transcripts of hearings in this case except for ECF No. 5.

|  | Respectfully submitted, |
|---|---|
| COREY R. AMUNDSON<br>Chief, Public Integrity Section<br>Criminal Division<br>US Department of Justice | JENNIFER KENNEDY GELLIE<br>Executive Deputy Chief<br> performing the duties of Chief<br>Counterintelligence and Export Control Section<br>National Security Division<br>U.S. Department of Justice |
| By: *(signature)*<br>Marco A. Palmieri<br>Rosaleen O'Gara<br>Celia Choy<br>Attorneys for the United States | By: *(signature)* /M.A.P.<br>Garrett Coyle<br>Attorney for the United States |