UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| | § | CAUSE NO. 4:24-CR-224) |
| VS. | § | (The Hon. Lee H. Rosenthal) |
| | § | |
| ENRIQUE ROBERTO CUELLAR | § | |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HON. LEE H. ROSENTHAL, UNITED STATES DISTRICT JUDGE:

Eric Reed, Attorney for the Defendant Enrique Roberto Cuellar, files this Notice of Appearance of Counsel in the above-styled cause. Counsel hereby advises the Court he has been retained to represent Enrique Roberto Cuellar in this case for all purposes and as co-counsel with Mr. Chris Flood who will file a separate Notice of Appearance.

Respectfully submitted,

*/s/   Eric Reed*_____
Eric Reed
The Reed Law Firm, PLLC
State Bar No. 00789574
Federal I.D. No. 17904
912 Prairie Street, Suite 100
Houston, Texas 77002
(713) 600-1800 (Tel)
(713) 600-1840 (Fax)

## **CERTIFICATE OF SERVICE**

 I hereby certify that on May 7, 2024, I electronically filed the above Notice of Appearance of Counsel using the Court's electronic filing system, and an electronic notification of the same was sent automatically to all counsel of record.

             */s/   Eric Reed*_____
             Eric Reed