# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                    Case Number: 4:24–cr–00224

Enrique Roberto Cuellar
Imelda Rios Cuellar

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 5/16/2024

**TIME:** 03:30 PM

**TYPE OF PROCEEDING:** Motion Hearing
Motion for Miscellaneous Relief – #31
Motion for Miscellaneous Relief – #32

Date:   May 13, 2024

                                                                                 Nathan Ochsner, Clerk