# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| | **:** | **Criminal No. 4:24-cr-224** |
| **v.** | **:** | |
| | **:** | |
| **ENRIQUE ROBERTO "HENRY" CUELLAR,** | **:** | |
| | **:** | |
| **and** | **:** | |
| | **:** | |
| **IMELDA RIOS CUELLAR,** | **:** | |
| | **:** | |
| | **:** | |
| **Defendants.** | **:** | |
| | **:** | |

## MOTION TO UNSEAL ECF No. 5

The United States of America, through its undersigned attorneys, without opposition from the defendants, respectfully moves to unseal ECF No. 5 in the above-captioned docket. Because the motion is unopposed, the United States believes that the motion can be decided without a hearing.

Previously, the government moved for, and the Court ordered, the unsealing of the docket and all filings and transcripts of hearings in this case except for ECF No. 5 (Government's Notice of Related Cases). *See* ECF No. 11 (Government's Motion to Unseal Case); ECF No. 14 (Order to Unseal). The government submits that the related cases referenced in ECF No. 5—*United States v. Rendon*, Case No. 4:24-cr-089 and *United States v. Strother*, Case No. 4:24-cr-113—have since been unsealed by this Court. *See Rendon,* Case No. 4:24-cr-089, ECF No. 20 (Order granting Motion to Unseal); *Strother*, Case No. 4:24-cr-113, ECF No. 16 (same). Accordingly, the

government submits that the justifications for the continued sealing of ECF No. 5 no longer apply.[1]

A proposed order is included herein. Counsel for the United States has consulted with counsel for

the defendants, who informed undersigned counsel that they do not oppose this proposed order.

The United States thus respectfully requests that the Court unseal ECF No. 5 in this matter.

Respectfully submitted,

COREY R. AMUNDSON                        JENNIFER KENNEDY GELLIE
Chief, Public Integrity Section          Executive Deputy Chief
Criminal Division                          performing the duties of Chief
US Department of Justice                 Counterintelligence and Export Control Section
                                         National Security Division
                                         U.S. Department of Justice


By:  /s/ *Marco Palmieri*                By:  /s/ *Garrett Coyle*
Marco A. Palmieri                        Garrett Coyle
Rosaleen O'Gara                          Attorney for the United States
Celia Choy
Attorneys for the United States

---

[1] The government notes that related case, *United States v. Akhoundova*, Case No. 4:24-cr-221, was also recently unsealed by this Court, which the government submits, further supports the unsealing of ECF No. 5 in this case.

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | **:** |
| | **:** |
| | **:**   **Criminal No. 4:24-cr-224** |
| **v.** | **:** |
| | **:** |
| **ENRIQUE ROBERTO "HENRY"** | **:** |
| **CUELLAR,** | **:** |
| | **:** |
| **and** | **:** |
| | **:** |
| **IMELDA RIOS CUELLAR,** | **:** |
| | **:** |
| | **:** |
| **Defendants.** | **:** |
| | **:** |

## <u>ORDER TO UNSEAL ECF No. 5</u>

The United States' motion to unseal ECF No. 5, is GRANTED.

IT IS THEREFORE ORDERED that ECF No. 5 in this case be unsealed.

SIGNED in Houston, Texas, on this _____ day of _____, 2024.


_____
Hon. Lee H. Rosenthal
United States District Judge

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing was delivered on May 15, 2024, to the CM/ECF system of the United States District Court for the Southern District of Texas for electronic delivery to all counsel of record.

/s/ <u>*Marco A. Palmieri*</u>
Marco A. Palmieri
Acting Deputy Chief
United States Department of Justice
Criminal Division | Public Integrity Section
