# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | : |
|  | : **Criminal No. 4:24-cr-224** |
| v. | : |
|  | : |
| **ENRIQUE ROBERTO "HENRY" CUELLAR,** | : |
|  | : |
| and | : |
|  | : |
| **IMELDA RIOS CUELLAR,** | : |
|  | : |
| **Defendants.** | : |

## ORDER TO UNSEAL ECF No. 5

The United States' motion to unseal ECF No. 5, is GRANTED.

IT IS THEREFORE ORDERED that ECF No. 5 in this case be unsealed.

SIGNED in Houston, Texas, on this _____ day of _____, 2024.

_____
Hon. Lee H. Rosenthal
United States District Judge