IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | Case No. 4:24-cr-00224 |
| | § | |
| ENRIQUE ROBERTO "HENRY" CUELLAR | § § | |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

TO THE HONORABLE LEE H. ROSENTHAL,
UNITED STATES DISTRICT JUDGE:

    Please take notice that Stephen D. Dockery of the law firm of Flood & Flood hereby enters his appearance as additional counsel of record for Defendant Enrique Roberto "Henry" Cuellar in the above styled and numbered cause.

    Respectfully submitted,

*/s/ Stephen D. Dockery*
Stephen D. Dockery
Texas Bar No. 24120265
Email: stephen@floodandflood.com
FLOOD & FLOOD
914 Preston St., Suite 800
Houston, TX 77002
713-223-8877 Tel.
713-223-8879 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Stephen D. Dockery*
Stephen D. Dockery