# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                           Case Number: 4:24–cr–00224

Enrique Roberto Cuellar
Imelda Rios Cuellar

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 7/31/2024

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Motion Hearing
Motion to Compel – #48

Date:   July 23, 2024

                                                                              Nathan Ochsner, Clerk