**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **No. 4:24-cr-224** |
| v. | § | |
| | § | |
| **ENRIQUE ROBERTO "HENRY"** | § | |
| **CUELLAR and IMELDA RIOS** | § | |
| **CUELLAR,** | § | |
| | § | |
| **Defendants.** | § | |

**NOTICE OF FILING OF EX PARTE, IN CAMERA MOTION FOR**
**PROTECTIVE ORDER UNDER SECTION 4 OF THE**
**CLASSIFIED INORMATION PROCEDURES ACT AND**
**FEDERAL RULE OF CRIMINAL PROCEDURE 16(d)(1)**

The government respectfully notifies the Court, the defendants, and defense counsel that today it filed, via the Classified Information Security Officer, a classified ex parte, in camera motion for a protective order under § 4 of the Classified Information Procedures Act and Federal Rule of Criminal Procedure 16(d)(1).

Dated: September 30, 2024                    Respectfully submitted,

COREY R. AMUNDSON                    JENNIFER KENNEDY GELLIE
Chief, Public Integrity Section          Executive Deputy Chief
Criminal Division                              performing the duties of Chief
U.S. Department of Justice               Counterintelligence and Export Control Section
                                                       National Security Division
By: */s/ Marco A. Palmieri*             U.S. Department of Justice
Marco A. Palmieri
Rosaleen O'Gara                            By: */s/ Garrett Coyle*
Celia Choy                                      Garrett Coyle
Attorneys for the United States       Attorney for the United States

1

## CERTIFICATE OF SERVICE

I certify that I filed this notice via the CM/ECF system on September 30, 2024, which caused the motion to be electronically served on all counsel of record.

*/s/ Garrett Coyle*
Garrett Coyle