# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                        Case Number: 4:24–cr–00224

Enrique Roberto Cuellar  
Imelda Rios Cuellar

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Enrique Roberto Cuellar, Imelda Rios Cuellar as set forth below.**

**Before the Honorable Lee H Rosenthal**

**PLACE:**  
by video

**DATE:** 12/10/2024

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Interim Pretrial Conference

Date: November 29, 2024                                      Nathan Ochsner, Clerk