UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | Case No. 4:24-cr-00224 (The Hon. Lee H. Rosenthal) |
| ENRIQUE ROBERTO "HENRY" CUELLAR and IMELDA RIOS CUELLAR | § § § | |

# DEFENDANTS' UNOPPOSED MOTION FOR CONTINUANCE AND AMENDED SCHEDULING ORDER

TO THE HON. LEE H. ROSENTHAL, UNITED STATES DISTRICT JUDGE:

Defendants Enrique Roberto Cuellar and Imelda Cuellar file this Unopposed Motion for Continuance and Amended Scheduling Order. Defendants and the government have agreed and stipulated to the following proposed schedule and respectfully request that the Court revise the current schedule accordingly:

| | |
|---|---|
| Motions are to be filed by: | May 9, 2025 |
| Responses are to be filed by: | June 9, 2025 |
| Replies are to be filed by: | June 27, 2025 |
| Motions in Limine are to be filed by: | August 22, 2025 |
| Copies of Government exhibits, witness lists and exhibit lists are to be provided by: | August 22, 2025 |
| Copies of Defendants exhibits, witness lists and exhibit lists are to be provided by: | September 5, 2025 |
| Interim Pretrial conference is set to: | May 2, 2025 |
| Final Pretrial conference is reset to: | September 15, 2025 |
| Jury trial and selection are reset to: | September 22, 2025 at 9:00 a.m. |

Respectfully submitted,

FLOOD & FLOOD

*/s/ Chris Flood*
Chris Flood
Email: chris@floodandflood.com
State Bar No. 07155700
Federal I.D. No. 9929

Charles Flood
Email: charles@floodandflood.com
State Bar No. 00798178
Federal I.D. No. 22508

Stephen D. Dockery
State Bar No. 24120265
Email: stephen@floodandflood.com
914 Preston, Ste. 800
Houston, Texas 77002
713-223-8877
713-223-8877 fax

Eric Reed
The Reed Law Firm, PLLC
State Bar No. 00789574
Federal I.D. No. 17904
912 Prairie St., Suite 100
Houston, Texas 77002
713-600-1800
713-600-1840 fax

*ATTORNEYS FOR ENRIQUE ROBERTO "HENRY" CUELLAR*

                                        DRUMHELLER, HOLLINGSWORTH &  
                                            MONTHY, LLP

*/s/ Derek S. Hollingsworth*  
Derek S. Hollingsworth  
State Bar No. 24002305  
Federal I.D. No. 34569  
Email:  dhollingsworth@dhmlaw.com

*ATTORNEY-IN-CHARGE*

Anthony D. Drumheller  
  State Bar No. 00793642  
  Federal I.D. No. 22734  
  Email:  adrumheller@dhmlaw.com

Jeremy T. Monthy  
  State Bar No. 24073240  
  Federal I.D. No. 1115582  
  Email:  jmonthy@dhmlaw.com

Lindsay M. Contreras  
  State Bar No. 24094164  
  Federal I.D. No. 3685193  
  Email:  lcontreras@dhmlaw.com

712 Main Street, Suite 1705  
Houston, Texas 77002  
Telephone:  (713) 751-2300  
Facsimile:  (713) 751-2310

*ATTORNEYS FOR IMELDA RIOS CUELLAR*

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Department of Justice Trial Attorney Rosaleen Tobin O'Gara on December 5, 2024, and she stated the United States agrees and stipulates to the proposed amended schedule and is not opposed to this motion.

*/s/ Eric Reed*
Eric Reed

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Chris Flood*
Chris Flood
