United States District Court
Southern District of Texas
**ENTERED**
December 06, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | Case No. 4:24-cr-00224 |
| | § | |
| ENRIQUE ROBERTO "HENRY" | § | |
| CUELLAR and IMELDA RIOS | § | |
| CUELLAR | § | |

O R D E R

The defendants and the government have filed an Unopposed Motion for Continuance in which they have agreed and stipulated to the following schedule. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | May 9, 2025 |
| Responses are to be filed by: | June 9, 2025 |
| Replies are to be filed by: | June 27, 2025 |
| Motions in Limine are to be filed by: | August 22, 2025 |
| Copies of Government exhibits, witness lists and exhibit lists are to be provided by: | August 22, 2025 |
| Copies of Defendants exhibits, witness lists and exhibit lists are to be provided by: | September 5, 2025 |
| Interim Pretrial conference is set to: | **May 2, 2025, at 8:45 a.m.** |
| Final Pretrial conference is reset to: | **September 15, 2025, at 10:00 a.m.** |
| Jury trial and selection are reset to: | **September 22, 2025 at 9:00 a.m.** |

SIGNED ON __December 6_____, 2024, at Houston, Texas.

Lee H. Rosenthal
United States District Judge