IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | Case No. 4:24-cr-00224 |
| | § | |
| ENRIQUE ROBERTO "HENRY" | § | |
| CUELLAR and IMELDA RIOS | § | |
| CUELLAR | § | |

# AMENDED ORDER

The defendants have filed an Unopposed Motion for Continuance in which the parties have stipulated to the following schedule. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The Motion for a Continuance is granted. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | May 9, 2025 |
| Responses are to be filed by: | June 9, 2025 |
| Replies are to be filed by: | June 27, 2025 |
| Motions in Limine are to be filed by: | August 22, 2025 |
| Copies of Government exhibits, witness lists and exhibit lists are to be provided by: | August 22, 2025 |
| Copies of Defendants exhibits, witness lists and exhibit lists are to be provided by: | September 5, 2025 |
| Interim Pretrial conference is set to: | **May 2, 2025, at 8:45 a.m.** |
| Final Pretrial conference is reset to: | **September 15, 2025, at 10:00 a.m.** |
| Jury trial and selection are reset to: | **September 22, 2025 at 9:00 a.m.** |

The CIPA deadlines previously set by the Court (Docket Entry No. 47) remain in place.

This order amends and supersedes the previously issued order (Docket Entry No. 63).

SIGNED ON December 6, 2024, at Houston, Texas.

Lee H. Rosenthal
United States District Judge