# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | Case No. 4:24-cr-00224 |
| | § | |
| ENRIQUE ROBERTO "HENRY" CUELLAR and IMELDA RIOS CUELLAR | § § | |

## EXHIBIT A

## TO

## DEFENDANTS' MOTION TO HOLD TRIAL IN LAREDO, TEXAS

## Texas District 28



Source: Texas' 28th Congressional District - Ballotpedia