## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **Case No. 4:24-cr-00224** |
| | § | |
| **ENRIQUE ROBERTO "HENRY"** | § | |
| **CUELLAR and IMELDA RIOS** | § | |
| **CUELLAR** | | |

## ORDER ON
## DEFENDANTS' OPPOSED MOTION TO HOLD TRIAL IN
## <u>LAREDO, TEXAS</u>

The Defendants have filed an Opposed Motion to Hold Trial in Laredo, Texas.

The Court is of the opinion that the motion should be granted. Accordingly, IT IS

ORDERED that the trial of this cause will be held in Laredo, Texas.

SIGNED at Houston, Texas, on _____.


_____
LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE