IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | Case No. 4:24-cr-00224 |
| | § | |
| **ENRIQUE ROBERTO "HENRY"** | § | |
| **CUELLAR and IMELDA RIOS** | § | |
| **CUELLAR** | | |

ORDER ON
DEFENDANTS' MOTION TO DISMISS
HONEST SERVICES, FARA, AND RELATED CONSPIRACY COUNTS

The Defendants have filed a Motion to Dismiss Counts 3, 4, 7, and 8 of the Indictment. The Court is of the opinion that the motion should be granted. Accordingly, IT IS ORDERED that Counts 3, 4, 7, and 8 of the Indictment are STRICKEN.

SIGNED at Houston, Texas, on _____.

_____
LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE