United States District Court
Southern District of Texas
**ENTERED**
May 12, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| § | |
| VS.  § | CRIMINAL ACTION NO. H-24-224 |
| § | |
| ENRIQUE ROBERTO "HENRY" § | |
| CUELLAR and IMELDA RIOS § | |
| CUELLAR, § | |
| Defendants. | |

## SECOND AMENDED SCHEDULING ORDER

The disposition of this case will be controlled by the following schedule:

1. May 9, 2025 — All motions under Rule 12(b)(3)(A) and Rule 12(b)(3)(B) of the Federal Rules of Criminal Procedure must be filed by this date.

2. June 9, 2025 — Responses to motions under Rule 12(b)(3)(A) and Rule 12(b)(3)(B) of the Federal Rules of Criminal Procedure must be filed by this date.

   All other motions, except motions in limine, must also be filed by this date.

3. June 27, 2025 — Replies to motions under Rule 12(b)(3)(A) and Rule 12(b)(3)(B) of the Federal Rules of Criminal Procedure must be filed by this date.

4. July 9, 2025 — Responses to all other motions, except motions in limine, must also be filed by this date.

5. July 27, 2025 — Replies to all other motions, except motions in limine, must be filed by this date.

6. August 22, 2025 — Motions in limine must be filed by this date.

   Copies of the government's exhibits, witness lists, and exhibit lists must also be provided by this date.

| | | |
|---|---|---|
| 7. | September 5, 2025 | Copies of the defendants' exhibits, witness lists and exhibit lists must be provided by this date. |
| 8. | September 15, 2025 | This case is set for a final pretrial conference at 10:00 a.m., before Judge Lee H. Rosenthal, at the United States Courthouse, 515 Rusk Avenue, 11th Floor, Houston, Texas in Courtroom 11-B. |
| 9. | September 22, 2025 | This case is set for jury selection and trial at 9:00 a.m., before Judge Lee H. Rosenthal, at the United States Courthouse, 515 Rusk Avenue, 11th Floor, Houston, Texas in Courtroom 11-B. Not later than one business days before this date, each counsel will file and deliver to the Court's chambers, a proposed charge to the jury, an exhibit list, copies of all documents and photographs to be offered as exhibits, and a witness list. |

Parties are required to disclose expert witness information 45 days before the final pretrial conference.

Direct questions about this schedule to Glenda Hassan, Case Manager, U.S. District Clerk's Office, P.O. Box 61010, Houston, Texas 77208; (713) 250-5517.

SIGNED on May 12, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge