UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | No. 4:24-cr-224 |
| v. § | |
| § | |
| **ENRIQUE ROBERTO "HENRY"** § | |
| **CUELLAR and IMELDA RIOS** § | |
| **CUELLAR,** § | |
| § | |
| Defendants. § | |

## GOVERNMENT'S UNOPPOSED MOTION TO DISCLOSE GRAND JURY MATERIALS

On May 9, 2024, Defendant Enrique "Henry" Cuellar filed a motion to dismiss the Indictment based on the Speech or Debate Clause of the United States Constitution. *See* ECF No. 87. In his motion, Defendant Cuellar asked the Court to order the government to disclose the transcript of the indictment proceedings before the grand jury, which neither defendant had previously requested. *Id.* at 1, 16. Pursuant to Federal Rule of Criminal Procedure 6(e), the government may not disclose proceedings before the grand jury without authorization. Accordingly, pursuant to Rule 6(e)(3)(E), the government respectfully requests that the Court authorize it to disclose to defense counsel of record the transcripts of witness testimony and associated exhibits related to this matter, subject to the Protective Order, ECF No. 40.

Dated: May 15, 2025                                         Respectfully submitted,

| | |
|---|---|
| EDWARD P. SULLIVAN | JENNIFER KENNEDY GELLIE |
| Acting Chief | Chief |
| Public Integrity Section | Counterintelligence and Export Control Section |
| Criminal Division | National Security Division |
| U.S. Department of Justice | U.S. Department of Justice |
| | |
| By: */s/ Celia Choy* | By: */s/ Garrett Coyle* |
| Rosaleen O'Gara | Garrett Coyle |
| Celia Choy | Attorney for the United States |
| Aaron L. Jennen | |
| Attorneys for the United States | |

## CERTIFICATE OF CONFERENCE

I certify that on May 14, 2025, I conferred with counsel for defendants Henry Cuellar and Imelda Cuellar regarding this motion, and they advised that neither defendant objects to this motion.

*/s/ Celia Choy*
Celia Choy

## CERTIFICATE OF SERVICE

I certify that I filed this motion via the CM/ECF system on May 15, 2025, which caused the motion to be electronically served on all counsel of record.

*/s/ Celia Choy*
Celia Choy