United States District Court
Southern District of Texas
**ENTERED**
May 20, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § No. 4:24-cr-224 |
| v. | § |
| | § |
| ENRIQUE ROBERTO "HENRY" | § |
| CUELLAR and IMELDA RIOS | § |
| CUELLAR, | § |
| | § |
| Defendants. | § |

## ORDER

The government has moved, pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E), for authorization to disclose grand jury materials to the defense. The government's motion is GRANTED.

The government may disclose to defense counsel of record the transcripts of witness testimony and associated exhibits related to this matter; and any grand jury materials disclosed pursuant to this Order are subject to the Protective Order, ECF No. 40.

Date: May  20th , 2025

_____
LEE H. ROSENTHAL
SENIOR UNITED STATES DISTRICT JUDGE