UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | No. 4:24-cr-224 |
| v. § | |
| § | |
| **ENRIQUE ROBERTO "HENRY" CUELLAR and IMELDA RIOS CUELLAR,** § § § | |
| § | |
| **Defendants.** § | |

### GOVERNMENT'S NOTICE OF WITHDRAWAL OF COUNSEL

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

The United States hereby provides notice that former Deputy Chief Marco A. Palmieri is no longer counsel of record in this matter, and requests that he be removed from the docket of this case. The undersigned counsel will continue to serve as counsel of record for the United States of America.

Dated: May 21, 2025

Respectfully submitted,

EDWARD P. SULLIVAN
Acting Chief
Public Integrity Section
Criminal Division
U.S. Department of Justice

By: /s/ Aaron L. Jennen
Aaron L. Jennen
Rosaleen O'Gara
Celia Choy
Attorneys for the United States

JENNIFER KENNEDY GELLIE
Chief
Counterintelligence and Export Control Section
National Security Division
U.S. Department of Justice

By: /s/ Garrett Coyle
Garrett Coyle
Attorney for the United States

**CERTIFICATE OF SERVICE**

      I certify that I filed this motion via the CM/ECF system on May 21, 2025, which caused the motion to be electronically served on all counsel of record.

                                                               */s/ Aaron L. Jennen*
                                                              Aaron L. Jennen