United States District Court
Southern District of Texas
**ENTERED**
June 06, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | CAUSE NO. 4:24-CR-224 |
| VS. § | (The Hon. Lee H. Rosenthal) |
| § | |
| § | |
| ENRIQUE ROBERTO CUELLAR § | |

## **ORDER**

Enrique Roberto Cuellar's Unopposed Motion for Travel Authorization is granted. Mr. Cuellar is authorized to travel internationally to the Indo-Pacific region with a Congressional Delegation from June 28, 2025, to July 6, 2025.

Signed at Houston, Texas, on June 6, 2025.

_____
Lee H. Rosenthal
Senior United States District Judge