United States District Court
Southern District of Texas
**ENTERED**
June 12, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | Case No. 4:24-cr-00224 |
| ENRIQUE ROBERTO "HENRY" CUELLAR and IMELDA RIOS CUELLAR | § § § § | |

ORDER ON
DEFENDANT ENRIQUE ROBERTO "HENRY" CUELLAR'S
MOTION FOR LEAVE TO FILE
ADDITIONAL PRETRIAL MOTIONS

Defendant Enrique Roberto "Henry" Cuellar has filed a Motion for Leave to File Additional Pretrial Motions. The Court is of the opinion that the motion should be granted.

SIGNED at Houston, Texas, on June 10, 2025.

LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE