United States District Court
Southern District of Texas

**ENTERED**

August 20, 2025

Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-24-224 |
| | § | |
| ENRIQUE ROBERTO "HENRY" | § | |
| CUELLAR and IMELDA RIOS | § | |
| CUELLAR, | § | |
| | § | |
| Defendants. | § | |

### FOURTH AMENDED SCHEDULING ORDER

The disposition of this case will be controlled by the following schedule. The court finds that the interests of justice are served by so continuing the case and that those interests outweigh the interests of the public and the defendants in a speedy trial.

1. February 20, 2026 — The defendants will disclose to the government their intent to assert an advice-of-counsel defense and will produce documents that they know they will rely on in asserting an advice-of-counsel defense.

2. March 6, 2026 — Motions in limine must be filed by this date.

   Copies of the government's exhibits, witness lists, and exhibit lists must also be provided by this date.

3. March 20, 2026 — Copies of the defendants' exhibits, witness lists and exhibit lists must be provided by this date.

4. March 30, 2026 — This case is set for a final pretrial conference at 10:00 a.m., before Judge Lee H. Rosenthal, at the United States Courthouse, 515 Rusk Avenue, 11th Floor, Houston, Texas in Courtroom 11-B.

5.  April 6, 2026            This case is set for jury selection and trial at 9:00 a.m., before Judge Lee H. Rosenthal, at the United States Courthouse, 515 Rusk Avenue, 11th Floor, Houston, Texas in Courtroom 11-B. Not later than one business days before this date, each counsel will file and deliver to the Court's chambers, a proposed charge to the jury, an exhibit list, copies of all documents and photographs to be offered as exhibits, and a witness list.

Parties are required to disclose expert witness information 45 days before the final pretrial conference.

Direct questions about this schedule to Glenda Hassan, Case Manager, U.S. District Clerk's Office, P.O. Box 61010, Houston, Texas 77208; (713) 250-5517.

       SIGNED on August 20, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge

2