# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | Case No. 4:24-cr-00224 |
| | § | |
| **ENRIQUE ROBERTO "HENRY" CUELLAR** | § § § | |

## DEFENDANT'S NOTICE OF APPEAL

TO THE HONORABLE LEE H. ROSENTHAL,
UNITED STATES DISTRICT JUDGE:

Defendant Enrique Roberto "Henry" Cuellar, through undersigned counsel, files this Notice of Appeal to the United States Court of Appeals for the Fifth Circuit from the Order denying Defendant's Motion to Dismiss Indictment for Speech or Debate Clause Violations entered on September 20, 2025 (Docket Entry No. 144).

Respectfully submitted,

*/s/ Chris Flood*
Chris Flood
Email: chris@floodandflood.com
State Bar No. 07155700
Federal I.D. No. 9929

Charles Flood
Email: charles@floodandflood.com
State Bar No. 00798178
Federal I.D. No. 22508

*/s/ Stephen D. Dockery*
State Bar No. 24120265
Email: stephen@floodandflood.com
914 Preston, Ste. 800
Houston, Texas 77002
713-223-8877
713-223-8877 fax

FLOOD & FLOOD
914 Preston, Ste. 800
Houston, Texas 77002
713-223-8877
713-223-8877 fax

*/s/ Eric Reed*
Eric Reed
The Reed Law Firm, PLLC
State Bar No. 00789574
Federal I.D. No. 17904
912 Prairie St., Suite 100
Houston, Texas 77002

***ATTORNEYS FOR ENRIQUE ROBERTO "HENRY" CUELLAR***

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 25, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                    */s/ Chris Flood*  
                                                    Chris Flood