# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
October 31, 2025
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
October 30, 2025
Lyle W. Cayce
Clerk

No. 25-20431

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

*versus*

ENRIQUE ROBERTO CUELLAR,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:24-CR-224-1

ORDER:

IT IS ORDERED that Appellee's motion to view and obtain sealed documents is GRANTED.

_/s/ Priscilla Richman_
PRISCILLA RICHMAN
*United States Circuit Judge*

## *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

October 30, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 25-20431    USA v. Cuellar
                     USDC No. 4:24-CR-224-1

Enclosed is an order entered in this case.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Rebecca Andry, Deputy Clerk
                      504-310-7638

Ms. Celia Ruth Choy
Mr. Stephen Dockery
Mr. Chris Flood
Mr. Aaron Jennen
Ms. Carmen Castillo Mitchell
Ms. Rosaleen O'Gara
Mr. Nathan Ochsner
Mr. Robert Eric Reed