Case 4:24-cr-00224   Document 159   Filed on 11/07/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
November 09, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | No. 4:24-cr-224 |
| § | |
| ENRIQUE ROBERTO "HENRY" § | |
| CUELLAR AND IMELDA RIOS § | |
| CUELLAR, § | |
| § | |
| Defendants. § | |

## ORDER

The United States moved, pursuant to Federal Rule of Criminal Procedure 15(a), to take the depositions of Gonzalo Rodriguez Castellon and Juan Felix Eguiagaray Yagüe in Madrid, Spain. The Court finds that the depositions are warranted "because of exceptional circumstances and in the interest of justice." Fed. R. Crim. P. 15(a). Accordingly, the motion is GRANTED as to Imelda Cuellar. If the Court had jurisdiction, it would GRANT the motion as to Henry Cuellar. *See* Fed. R. Crim. P. 37(a)(3). It is further:

1. ORDERED that Gonzalo Rodriguez Castellon and Juan Felix Eguiagaray Yagüe shall be deposed in Madrid, Spain. The depositions shall take place after the Fifth Circuit issues its mandate returning jurisdiction to this Court, on a mutually agreed date at least six weeks before trial, unless Henry Cuellar consents to proceed while the appeal is pending;

2. ORDERED that any objections made during the deposition will be submitted for the Court's consideration prior to trial, and the videotape of the deposition will be edited as necessary to comply with the Court's rulings on those objections. The Court reserves ruling on the admissibility of the deposition at trial;

3.   ORDERED that the government shall pay reasonable travel and subsistence expenses of the defendants and one attorney for each defendant to attend the depositions in accordance with established guidelines; and

4.   ORDERED that the government shall pay the costs for the preparation of a copy of the recording and transcript of the deposition and provide such copies to defense counsel.

SO ORDERED this ___ day of November, 2025.

_____
LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE