United States District Court
Southern District of Texas
**ENTERED**
December 23, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| v. § | CRIMINAL ACTION NO. H-24-cr-224 |
| § | |
| ENRIQUE ROBERTO "HENRY" § | |
| CUELLAR and IMELDA RIOS § | |
| CUELLAR, § | |
| § | |
| Defendants. § | |

**FINAL JUDGMENT FOR HENRY CUELLAR**

For the reasons set out in this court's Order entered on December 23, 2025, the criminal action against Henry Cuellar is dismissed with prejudice. This is a final judgment.

SIGNED on December 23, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge